

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00176-CV

### ALLEN DALE SCHMITGEN AND ROSIE A. F. SCHMITGEN
v.
### SERVIS ONE, INC., D/B/A BSI FINANCIAL SERVICES, INC., AND WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS OWNER AND TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST II

On Appeal from the
117th District Court of Nueces County, Texas
Trial Court Cause No. 2018-DCV-1174-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 1, 2022